STATE OF NORTH CAROLINA v. WILLIE LEGGETT AND BOBBY GREEN

No. 744SC828

(Filed 4 December 1974)

ON *certiorari* to review a trial before *Cohoon, Judge,* 25 May 1973 Session of Superior Court held in ONSLOW County. Argued in the Court of Appeals 12 November 1974.

Defendants were arrested for common law robbery and waived indictment by the Onslow County Grand Jury. Pleas of not guilty were entered, and verdicts of guilty were returned.

State v. Leggett

From active sentences of ten years less credit for time served in jail. pending trial, defendants petitioned for certiorari. We granted the defendants' petition on 25 June 1974.

*Attorney General Carson, by Associate Attorney Gruber, for the State.*

*Edward G. Bailey, for the defendants.*

BROCK, Chief Judge.

Defendants present the record for review for possible errors. We have reviewed the record. It is our opinion that defendants had a fair trial free from prejudicial error.

No error.

Judges HEDRICK and MARTIN concur.